UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3-04-cv-1976 (JCH) |
| NORWALK COMMUNITY COLLEGE | : | |
| ET AL | : | |
|     Defendants | : | MARCH 8, 2006 |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____    All purposes

\_\_\_\_    A ruling on all pretrial motions except dispositive motions

\_\_\_\_    To supervise discovery and resolve discovery disputes; and

\_\_\_\_√\_\_\_    A ruling on the following motion(s) which are currently pending: **Motion to Compel [Doc. No. 53]**

\_\_\_\_\_    A Rule 26(f) Conference [See Dkt. \_\_\_ ]

_____    A settlement conference.  **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 8th day of March, 2006.

                                              /s/ Janet C. Hall_____
                                            Janet C. Hall
                                            United States District Judge