UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE : | |
|     Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3:04-cv-1976 (JCH) |
| : | |
| NORWALK COMMUNITY COLLEGE, : | |
| ET AL : | FEBRUARY 5, 2007 |
|     Defendants : | |

## ORDER OF REVOCATION

The court hereby revokes the Order of Referral (Doc. No. 59) as to Motion for Sanctions (Doc. No. 101) referred to Magistrate Holly B. Fitzsimmons previously entered in this case on March 23, 2006.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 5th day of February, 2007.

    /s/ Janet C. Hall
Janet C. Hall
United States District Judge