**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JANE DOE | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:04-cv-1976 (JCH) |
| | : | |
| NORWALK COMMUNITY COLLEGE, | : | |
| ET AL | : | MAY 21, 2007 |
|     Defendants | : | |

**ORDER OF REVOCATION**

The court hereby revokes the Order of Referral (Doc. No. 59) as to supervision of

discovery and to resolve discovery disputes referred to Magistrate Holly B. Fitzsimmons

previously entered in this case on March 23, 2006.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 21st day of May, 2007.


    /s/ Janet C. Hall
    Janet C. Hall
    United States District Judge