AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Connecticut

United States District Court
District of Connecticut
FILED AT Bridgeport
7/25/07
Kevin F Rowe, Clerk

Doe
v.
Norwalk Community College

## EXHIBIT AND WITNESS LIST

Case Number: 3:04cv1976 (JCH)

| PRESIDING JUDGE Janet Hall | PLAINTIFF'S ATTORNEY Jeffrey Bagnell | DEFENDANT'S ATTORNEY Derrick Cunningham |
|---|---|---|
| TRIAL DATE(S) 6.26.07 | COURT REPORTER Terri Fadanza | COURTROOM DEPUTY Klein/Martz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 6.26.07 | SdT | | Dorran Delay, Glastonbury, CT, sworn + test |
| 1 | | " | ✓ | full | Report of 9/11/06 Multi Page doc. |
| 2 | | " | ✓ | full | Document - NCC disks |
| | | " | SdT | | Gilbert Olsen III, Oakdale, CT, Sworn + Test |
| | 51 | " | ✓ | full | email re: backup Nov 2000 time frame - Nwlk Comm. College |
| | 52 | " | ✓ | | X merge log |
| 3 | | " | | full | Affidavit Bissell |
| 4 | | " | | full | NCC Supplement to Resp. 3-9-06 |
| | | 6-26-07 | SdT | | Wyatt Bissell, Fairfield, CT, sworn & testified |
| 5 | | " | | full | Mem. Opp. - 3-23-07, doc #112 (docket sheet) |
| | | 7/5/07 | · | | Wyatt Bissell · direct exam cnt'd. |
| 6 | | | | full | Suppl Responses |
| 7 | | | | full | 8/23/06 LFAG |
| 8 | | | →  | full | w/itness Dorran Delay - Althea (part of) excan computer P/O |
| | 54 | | | full | Confidentiality agr. |
| | 55 | | | full | Delay Suppl Aff 4/30/07 |
| 9 | | ↓ | | full | D Delay's Notes |
| 10 | | 7/19/07 | ID | | Report of Expert Dorran Delay |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.